No. 1187.  PERSICO ET AL. *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.  MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *Maurice Edelbaum* for Persico, *Robert Kasanof* for Albanese, *Frances Thaddeus Wolff* for Spero, and *Edmund A. Rosner* for McIntosh, petitioners. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Charles Ruff* for the United States.

No. 1191.  MORGAN *v.* NELSON ET AL.  Sup. Ct. Miss. Motion to dispense with printing petition denied.  Certiorari denied.  *Albert Sidney Johnston, Jr.,* for petitioner.

No. 1205.  OLSEN ET AL. *v.* SWARTZ ET AL.  C. A. 6th Cir.  Motion to dispense with printing petition denied. Certiorari denied.

No. 1367, Misc.  KETCHMORE *v.* NEW YORK.  App. Div., Sup. Ct. N. Y., 2d Jud. Dept.  Certiorari denied. *George A. Katz* and *Leon Polsky* for petitioner. *Eugene Gold* and *J. Mitchell Rosenberg* for respondent.

No. 1370, Misc.  RUIP *v.* KENTUCKY.  C. A. 6th Cir. Certiorari denied.  *John B. Breckinridge,* Attorney General of Kentucky, and *David D. Murrell* and *Holland N. McTyeire,* Assistant Attorneys General, for respondent.

No. 1625, Misc.  GARDNER ET AL. *v.* UNITED STATES. C. A. D. C. Cir.  Certiorari denied.  *Bernard Dunau* for petitioners. *Solicitor General Griswold, Assistant Attorney General Wilson, Jerome M. Feit,* and *Robert G. Maysack* for the United States.